AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

BONNIE STEARNS-GROSECLOSE,

           Plaintiff,

    v.

CHELAN COUNTY SHERIFF'S DEPT.,
a division of Chelan County; M. HARUM,
individually; GREG MEINZER, individually;
KENT SISSON, individually.   Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-04-312-RHW

☐ **Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

☒ **Decision by Court. This action came to** trial **before the Court. The issues have been** tried **and a decision has been rendered.**

IT IS ORDERED AND ADJUDGED the Plaintiff's claims are Dismissed and judgment is entered in favor of the Defendant.

March 6, 2006
*Date*

JAMES R. LARSEN
*Clerk*
s/ Linda Emerson
*(By) Deputy Clerk*
Linda Emerson